IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–00597–EWN–PAC

In re: ULTIMATE ELECTRONICS, INC. SECURITIES LITIGATION

---

# ORDER

---

This matter comes before the court on Lead Plaintiff's "Notice of Settlement" filed May 11, 2005. Upon review and consideration, it is

**ORDERED** as follows:

1. The request that all proceedings be stayed and that a hearing be set regarding preliminary approval of the proposed settlement (#120) is GRANTED.

2. Pursuant to the stay of all proceedings, the motion for class certification (#57) filed November 12, 2004 is DENIED without prejudice subject to re-filing in the event the case does not settle.

3. A one-half hour hearing regarding preliminary approval of the proposed settlement is scheduled for Friday, **September 2, 2005** commencing at 10:00 o'clock a.m.

Dated this  11th  day of August, 2005.

BY THE COURT:

s/Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge