IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–00597–EWN–PAC

In re: ULTIMATE ELECTRONICS, INC. SECURITIES LITIGATION

**ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES TO LEAD PLAINTIFF'S COUNSEL**

THIS MATTER having come before the Court on January 27, 2006, on the application of counsel for the Lead Plaintiff for an award of attorneys' fees and reimbursement of expenses incurred in the Litigation, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this Litigation to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefor, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of September 15, 2005 (the "Stipulation").

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Settlement Class who have not timely and validly requested exclusion.

3. The Court hereby awards Plaintiffs' Settlement Counsel attorneys' fees of 25% of the Settlement Fund and reimbursement of litigation expenses in the amount of $150,000.00 together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid.

4.      The fees and expenses shall be allocated among Representative Plaintiffs' Counsel by Plaintiffs' Settlement Counsel in a manner which, in Plaintiffs' Settlement Counsel's good-faith judgment, reflects each such Representative Plaintiffs' Counsel's contribution to the institution, prosecution and resolution of the Litigation.

5.      The awarded attorneys' fees and expenses and interest earned thereon, shall be paid to Plaintiffs' Settlement Counsel immediately after the date this Order is signed subject to the terms, conditions and obligations of the Stipulation and in particular ¶6.2 thereof which terms, conditions and obligations are incorporated herein.

DATED: January 27, 2006            s/ Edward W. Nottingham

                                   THE HONORABLE EDWARD W. NOTTINGHAM
                                   UNITED STATES DISTRICT JUDGE